# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert Williamson, | ) |
|       Plaintiff, | ) **ORDER FOR MID-DISCOVERY** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| | ) |
| Chad Pringle, JRRC Warden et al., | ) |
| | ) Case No. 1:24-cv-069 |
|       Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on June 6, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 20th day of March, 2025.

                                           */s/ Clare R. Hochhalter*
                                           Clare R. Hochhalter, Magistrate Judge
                                           United States District Court