## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Robert Williamson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chad Pringle, JRCC Warden, et al., | ) | Case No. 1:24-cv-069 |
| | ) | |
| Defendants. | ) | |

Plaintiff is an inmate at the North Dakota State Penitentiary. He initiated the above-captioned action with the filing of a pro se Complaint to which he attached: (1) a Memorandum; (2) an Affidavit; (3) grievances, forms and correspondence; (4) a civil cover sheet; (5) an unsworn declaration of service; and (6) a Notice of Lawsuit and Request to Waive Service of a Summons. (Doc. Nos 3, 3-1 through 3-6).

On March 31, 2025, Plaintiff filed a motion requesting that the Clerk's office return all of the attachments to his Complaint pursuant D.N.D. Civ. L.R. 43.1(C). (Doc. No. 76).

D.N.D. Civ. L.R. 43.1(C) provides for the return of papers and objects introduced as exhibits at a hearing and/or at trial. It does not pertain to documents filed in support of a motion or, in this case, as an attachment to the pleadings. It is incumbent upon the parties to retain copies of documents they file with the court. Typically, a party seeking copies of documents filed with the court are required to pay $.50 per page.

The court appreciates that Plaintiff is proceeding *pro se* and *in forma pauperis*. Consequently, the court in this instance will instruct the Clerk's office to send Plaintiff copies of the Memorandum, Affidavit, and the grievances/forms/correspondence that he attached to his

Complaint.

Accordingly, Plaintiff's motion (Doc. No. 76) is **GRANTED** is granted insofar as he seeks copies of documents he previously filed.  The Clerk's office shall provide Plaintiff copies of Memorandum, the Affidavit, the and grievances, forms and correspondence attached to his Complaint.  Going forward, Plaintiff will be expected to retain copies of documents that he files with the court and will be required to pay the standard  fee of $.50 per page to the Clerk's office for any reproductions of filed documents that he may request.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2025.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court