# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Robert Williamson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chad Pringle, et al., | ) | |
| | ) | Case No. 1:24-cv-069 |
| Defendants. | ) | |

The mid-discovery conference on June 6, 2025, shall be rescheduled to coincide with the status conference on June 9, 2025, at 10:00 AM to discuss Plaintiff's discovery concerns. To participate in the conferences on June 9, 2025, the parties are reminded that they must call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2025.

>   */s/ Clare R. Hochhalter*
>   Clare R. Hochhalter, Magistrate Judge
>   United States District Court