IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert Williamson, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Chad Pringle, JRCC Warden, et al., | ) Case No. 1:24-cv-069 |
| Defendant. | ) |

Plaintiff initiated the above-captioned action in April 2024 while incarcerated at the North Dakota State Penitentiary. (Doc. No. 1). He has since informed the court that he now resides in Fargo, North Dakota.

On December 4, 2025, Defendants filed a "Motion to Amend Scheduling Order to Reschedule the Dispositive Motion Deadline." (Doc. No. 88). Finding that an extension of the dispositive motion deadline would pose no prejudice to Plaintiff, would not affect other deadlines in the case, and would ensure that the parties had sufficient time to prepare and file dispositive motions, the court issued an order on December 8, 2025, that granted the motion and moved the dispositive motion deadline from December 12, 2025, until February 12, 2026. (Doc. No. 90). Neither party has to date filed a dispostive motion.

On January 20, 2026, Plaintiff filed two documents captioned "Reply in Opposition to Defendant's Untimely Motion." (Doc. Nos. 99 and 99-1). Therein he preemptively asserts dispositive motions filed by Defendants are untimely.

On January 20, 2026, Plaintiff also filed a "Motion for Court Intervention and to Set a Zoom Discovery Conference." (Doc. No. 100). Therein he asserts that Defendants have failed to respond

1

to his discovery requests or comply with their discovery obligations. He does not elaborate on the substance of his discovery requests or when they were made. However, he certifies that he has made a good faith effort to resolve this matter without court involvement.

Insofar as Plaintiff may be seeking reconsideration of the court's order extending the dispositive motion deadline until February 12, 2026, or a declaration from the court preemptively deeming any dispositive motions that Defendants may file as untimely, his request is **DENIED.** Again, the extension of the dispositive motion deadline does not prejudice Plaintiff and does not meaningfully affect any other pending deadlines in this case. Accordingly, February 12, 2026, remains the deadline for the filing dispostive motions.

The court **GRANTS** Plaintiff's "Motion for Court Intervention and to Set a Zoom Discovery Conference." (Doc. No. 100). The court shall hold a status conference with the parties by telephone on February 9, 2026, at 10:00 AM to discuss discovery deadlines[1] and Plaintiff's assertions regarding Defendants' response or lack thereof to his discovery requests. To participate in the status conference, the parties are to call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 21st day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

---

[1] The deadlines for completing discovery and for filing discovery motions lapsed on June 30, 2025. (Doc. No. 70). Notably, none of the parties have requested an extension of these deadlines.