## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Robert Williamson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-cv-069 |
| Chad Pringle, JRCC Warden, et al., | ) | |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on February 9, 2026. During the status conference, the parties stipulated to a 30-day extension of the February 12, 2026, dispositive motion deadline.

The court **ADOPTS** the parties' stipulation. The parties shall have until March 16, 2026, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 9th day of February, 2026.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court